UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
  v. ) Case No. 06-208M
)
DONALD DURAY BROWN, ) DETENTION ORDER
)
      Defendant. )
_____ )

Offenses charged:

    Count 1: Drug Conspiracy in violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

    Count 2: Possession of Controlled Substances with Intent to Distribute in violation of 21 U.S.C. §§ 841(b)(1) and 841(b)(1)(C).

    Count 3: Distribution of Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

Date of Detention Hearing: May 2, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    Defendant has stipulated to detention but has reserved the right to contest his continued detention upon his appearance in court in the District of Alaska.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of May, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge